UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 4:25-cv-00372

**Joseph Stanley Trotter, IV,**
*Plaintiff,*

v.

**North Texas Tollway Authority et al.,**
*Defendants.*

# ORDER

Plaintiff Joseph Trotter, proceeding pro se, filed this lawsuit in the Northern District of Texas on March 10, 2025. Doc. 3. Thereafter, the case was transferred to the Eastern District of Texas and referred to a magistrate judge. Docs. 10, 12. On April 10, 2025, the magistrate judge issued a report and recommendation that plaintiff's claims be dismissed without prejudice for lack of subject matter jurisdiction or, alternatively, as time barred. Doc. 14. Plaintiff acknowledged receipt of the report on April 16, 2025. Doc. 17. Plaintiff has not filed objections to the report, and the time period for doing so has passed.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation (Doc. 14). Plaintiff's claims are dismissed without prejudice. Any pending motions are denied as moot.

*So ordered by the court on June 11, 2025.*

J. CAMPBELL BARKER
United States District Judge